IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNA JUNG, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MARRIOTT HOTEL SERVICES, INC., | : | |
| Defendant. | : | NO. 09-4955 |

## ORDER

AND NOW, this 18th day of November 2010, upon consideration of Defendant's Motion for Summary Judgment (Docket No. 12), Plaintiff's Opposition thereto (Docket No. 16), and Defendant's Reply (Docket No. 17), it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

S/Gene E.K. Pratter
GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE